# EXHIBIT A

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
## CIVIL DIVISION
### COVER SHEET

| Plaintiff(s)<br><br>Frederick Banks<br><br><br><br>Vs<br>Defendant(s)<br><br>United States Marshall Service ETAL | CIVIL DIVISION |
|---|---|
| | Case Number:<br>GD - 14 - 021024 |
| | Type of pleading:<br>Complaint |
| | Code and Classification: |
| | Filed on behalf of<br>Plaintiff<br><br>(Name of the filing party) |
| | ☐ Counsel of Record<br>☑ Individual, If Pro Se |
| | Name, Address and Telephone Number:<br>Frederick Banks<br>Doc. # 120759<br>Allegheny County Jail<br>950 Second Avenue<br>Pittsburgh, PA 15219 |
| | Attorney's State ID: |
| | Attorney's Firm ID: OPS$JCONN01<br>11-17-2014   10:21:55 |

GD-14-021024

GD-14-021024

[cover]

IN THE COURT OF COMMON PLEAS OF ALLEGHENY County PENNSYLVANIA

Frederick Banks
DOC# 120759
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219;
    Plaintiff

V.

UNITED STATES MARSHALS Service; Director, United States Marshal; United States of America; DAVID HICTON, U.S. Attorney; Chief Judge Joy Flowers Conti; Judge Nora Barry Fischer; Eric Holder, Attorney General; USA Inspector General; Ken Salazar, U.S. Department of the Interior; Director/Commissioner of Indian Affairs; Bureau of Indian Affairs, United States Courthouse, 700 Grant Street, Pittsburgh, PA 15219;

Orlando Harper, Warden, Allegheny County Jail; Rich Fitzgerald, County Executive; County of Allegheny; Cole Manager Schenk; Unit Manager 4c, Cyndy McSwiggin, Supervisor; Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219,
    Defendants.

CIVIL DIVISION

Docket #

JURY TRIAL DEMANDED

## Complaint

Plaintiff Frederick Banks an American Indian and member of the Lakota Sioux Tribe and a Tribal Official of the United Tribes of America and a second degree Wicca + Warlock High Priest and Witchcraft Practitioner brings this complaint. All Defendants are sued individually, officially, wholely and severally. Plaintiff is a resident of Allegheny County, Pennsylvania. Defendants are residents of Allegheny County and/or conduct business there.

NAME_____

ACJ NO: _____

ALLEGHENY COUNTY JAIL

        TO

        ATTN:_____

**INTEROFFICE MAIL**

1. On 9/30/14 Plaintiff was transferred to the Allegheny County Jail by Defendant Director of the United States Marshals Service ("USMS") and held beyond his prison sentence expiration date of 10/20/14 in violation of the 5th and 8th Amendment. Defendants acted with deliberate indifference because the warden, USM and case manager failed to correct this.

2. In October Plaintiff filed administrative remedies with ACJ by placing it in the Complaint box the complaints were never answered on all issues concerned herein. All administrative remedies have be exhausted. Also, the County of Allegheny is a federal contractor with a contract to hold federal prisoners. Pursuant to 28 Code of Federal Regulations exhaustion of remedies is not required before bringing suit against a federal contractor and the County and a federal contractor has no immunity from suit. All in violation of the 5th and 14th Amendment Due Process Clause.

3. In October 2014 case manager Schenk told plaintiff that he could not make any legal calls even though Banks told him that he represented himself and he was involved in at least 40 civil cases nationwide in federal and state court Search Pacer "Frederick Banks". Also lee actions in Mahoning County, Ohio. Schenk to plaintiff that he cannot have his legal and personal mail from his former prison NEOCC, cca Youngstown (OH) forwarded, and Schenk did not provide Plaintiff with envelopes to send legal mail. Schenk stated that "You are here because the U.S. Marshals want you here." Schenk stated his boss the Unit Manager would also not allow any calls. All in violation of the First, 5th & 14th Amendment Due Process clause and the Right to Association. Banks is actually injured in numerous cases because he cannot prosecute his actions. None of the federal or Ohio state court you receive interoffice mail.

4. Plaintiff has a scruffy beard and long hair only because Defendants refuse to provide him with a haircut and failed and refuse to replace the electric shower cord they claim has gone missing.

NAME_____

ACJ NO: _____

ALLEGHENY COUNTY JAIL

TO

ATTN:_____

**INTEROFFICE MAIL**

5. Unit 4C the Pod Plaintiff is maintained on uses a single electric razor for 120 inmates. The razor is not sanitized. The lack of sanitation, and failure to provide a haircut and a new working shower violated the 8th Amendment.

6. Plaintiff wrote to the chaplain of the prison who never responded to him to procure a Wicca Bible, tools to practice his religion, and a time and place to practice (Wicca tools include a pentacle, chalice, Tarot cards and a wand). The chaplain never responded. As a result Plaintiff's right to practice Wicca is being violated in violation of the First Amendment Free Exercise Clause and 14th Amendment, the Religious Freedoms Restoration Act and the Religious Institutionalized Persons Act (sic).

7. Defendants each Sunday allowed for Protestant and Catholic services in the Unit. During this time Plaintiff was confined in his cell but could clearly hear the service therein. Defendants by not allowing him to practice Wicca violated the First Amendment Establishment Clause & 14th Amendment by establishing a religion of their own. Plaintiff requested from Defendants a volunteer Wicca chaplain. Defendants provided a Protestant and Catholic volunteer but not a Wicca one in violation of the First Amendment Establishment Clause and the 14th Amendment.

8. Plaintiff is indigent. The handbook signed by Orlando Harper, the ACJ warden states that inmates will receive an indigent pack containing a pen and 6 first class envelopes for sending mail by writing to the Cashier. Plaintiff wrote to the Cashier but never received a pen nor envelopes. Plaintiff spoke to another inmate who stated he got 6 envelopes from the cashier and received them after Plaintiff had requested them in violation of class of one Equal Protection, the 5th & 14th Amendments.

9. Defendants obstructed Banks access to the courts to prejudice in his own actions in the Allegheny County Court of Common Pleas, the federal court and criminal cases, in violation of the First Amendment Retaliation Clause, Right to petition the government for redress of grievances, the 5th and 14th Amendments.

NAME_____

ACJ NO: _____

ALLEGHENY COUNTY JAIL


TO

ATTN:_____


# INTEROFFICE MAIL

10. Defendants actions were willfully purposeful, knowing, intelligent, malicious, and intentional.

11. As a result of the above violations Defendants are liable in the amount of $10,000,000 for each violation totaling $60,000,000 along with Punitive damages in the total amount of $180,000,000 costs interests and fees.

Additional Seperate Claim

12. Defendants acted as "bad men" in violation of Article I of the Sioux Treaty of Fort Laramie, 15 Stat 635 (1868) See Richard v. United States 677 F.3d 1141 (Fed cir. April 13, 2012). Plaintiff moves the Court pursuant to 28 USC §1346, the Little Tucker Act to recover damages of $10,000 on this claim against the United States of America and for an order authorizing the "Commissioner" Director of Indian Affairs at the Bureau of Indian Affairs to "Cause the offenders to be arrested and punished according to the laws of the United States" and to reimburse plaintiff for the loss sustained.

WHEREFORE, Judgment should be entered for Plaintiff and against defendants in the amount of $180,000,000.00, $10,000 on the Little Tucker Act claim along with costs, interest and fees. A Jury Trial should be ordered and Declaratory Relief ending the violations.

Dated: 10/22/14

Respectfully Submitted,

Frederick Banks

NAME  Frederick Banks

ACJ NO: 120759

**ALLEGHENY COUNTY JAIL**

P

TO  Prothonotary Allegheny County

ATTN:  ~~~~~~~~~ 436 Grant St

Pittsburgh, PA 15219

# INTEROFFICE MAIL