IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK BANKS, ) | Civil Action No. 15-127 |
| Plaintiff, ) | |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| v. ) | |
| ) | |
| UNITED STATES MARSHALS SERVICE; ) | |
| DIRECTOR, UNITED STATES MARSHAL; ) | |
| UNITED STATES OF AMERICA; DAVID ) | |
| HIGTON, U.S. ATTORNEY; CHIEF JUDGE ) | |
| JOY FLOWERS CONTI; JUDGE NORA BARRY ) | |
| FISCHER; ERIC HOLDER, ATTORNEY ) | |
| GENERAL; USA INSPECTOR GENERAL; ) | |
| KEN SALAZAR, U.S. DEPARTMENT OF THE ) | |
| INTERIOR; DIRECTOR/COMMISSIONER OF ) | |
| INDIAN AFFAIRS; BUREAU OF INDIAN ) | |
| AFFAIRS, UNITED STATES COURTHOUSE, ) | |
| 700 GRANT STREET, PITTSBURGH, PA 15219; ) | |
| ) | |
| ORLANDO HARPER, WARDEN, ALLEGHENY ) | |
| COUNTY JAIL; RICH FITZGERALD, COUNTY ) | |
| EXECUTIVE; COUNTY OF ALLEGHENY; ) | |
| CASE MANAGER SCHENK; UNIT MANAGER ) | |
| 40, CYNDY McSWIGGIN, SUPERVISOR; ) | |
| ALLEGHENY COUNTY JAIL, 950 SECOND ) | |
| AVENUE, PITTSBURGH, PA 15219, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 12th day of Feb, 2015, upon consideration of the Federal Defendants' Motion for Enlargement of Time to Answer, Plead, or Otherwise Respond to Plaintiff's Complaint, and any response thereto;

IT IS HEREBY ORDERED that the motion is GRANTED;

The response to Plaintiff's complaint is not due until further order of Court.

Lisa Pupo Lenihan
U.S. Magistrate Judge