IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| FREDERICK BANKS, | ) | |
|---|---|---|
| | ) | 2:15cv127 |
| Plaintiff, | ) | Electronic Filing |
| | ) | |
| v. | ) | Judge David Stewart Cercone |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| UNITED STATES MARSHALS | ) | |
| SERVICE, *et al.*, | ) | ECF No. 10 |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MEMORANDUM ORDER

The Complaint in the above captioned case was filed in the Court of Common Pleas of Allegheny County, Pennsylvania on or about November 17, 2014. Subsequently, this action was removed to this Court by Defendant, United States of America, on January 30, 2015, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No.34), filed on February 16, 2016, recommended that the Motion to Dismiss (ECF No. 10) filed by the United States of America; the United States Marshals Service; Director, United States Marshal; David Hickton, U.S. Attorney; Chief Judge Joy Flowers Conti; Judge Nora Barry Fischer; Eric Holder, Attorney General; USA Inspector General; Ken Salazar, U.S Department of the Interior; Director/Commissioner of Indian Affairs; and the Bureau of Indian Affairs be granted, and the Complaint be dismissed with prejudice as to the these

Defendants. Service was made on Plaintiff at his address of record via U.S. Mail, and on all counsel of record via electronic mail. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. Plaintiff filed timely objections to the Report and Recommendation on February 23, 2016 (ECF No. 35).

After review of the pleadings and documents in the case, together with the Report and Recommendation and objections thereto, the following Order is entered:

**AND NOW**, this 23rd day of March, 2016,

**IT IS HEREBY ORDERED** that the Motion to Dismiss (ECF No. 10) filed by the United States of America; the United States Marshals Service; Director, United States Marshal; David Hickton, U.S. Attorney; Chief Judge Joy Flowers Conti; Judge Nora Barry Fischer; Eric Holder, Attorney General; USA Inspector General; Ken Salazar, U.S Department of the Interior; Director/Commissioner of Indian Affairs; and the Bureau of Indian Affairs is **GRANTED**, and the Complaint is **DISMISSED WITH PREJUDICE AS TO THESE DEFENDANTS.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 34) of Magistrate Judge Lenihan, dated February 16, 2016, is adopted as the opinion of the Court.

DAVID STEWART CERCONE
United States District Judge

cc: Frederick Banks
Inmate #120759
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219
(*Via First Class Mail*)

Rebecca Ross Haywood, Esquire
Paul R. Dachille, Esquire
(*Via Electronic Mail*)